# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| JOHN E. REARDON,<br><br>              Plaintiff,<br><br>    v.<br><br>GOVERNOR PHIL MURPHY, et al.,<br><br>              Defendants. | Civil No. 18-11372 (RBK/AMD)<br><br>**ORDER** |

      Before the Court are the Motion to Vacate filed by Defendants B. Sue Fulton, Gurbir Grewal, Phil Murphy, and Robert Zane (Docket Item 10); the Motion for Extension of Time to File Answer filed by Defendants Lawrence Luongo and Daniel Zonies (Docket Item 11); Plaintiff John E. Reardon's Motions for Default Judgment (Docket Items 11 and 45); the Motion to Vacate/Deny Entry of Default Judgment and to Dismiss filed by Defendant John Morelli (Docket Item 24); the Motion to Dismiss filed by Defendants Paul Dougherty, Robert Gleaner, Michael Joyce, Luongo, Krisden McCrink, Steven Peterson, George Singley, Ryan Trabosh, Andrew Viola, and Zonies (Docket Item 29); Plaintiff's Rule 60(b)(6) Motion (Docket Item 33); the Motion for Sanctions filed by Defendants Dougherty, Gleaner, Joyce, Luongo, McCrink, Peterson, Singley, Trabosh, Viola, and Zonies (Docket Item 36); Plaintiff's Motion to Reopen (Docket Item 37); the Motion to Dismiss filed by Defendant Daniel Long (Docket Item 44); the Motion to Vacate filed by Defendants

Dawn Addiego, James Beach, Fulton, Grewal, Joe Howarth, Fred Madden, Murphy, and Zane (Docket Item 52); and Plaintiff's Motion for an Order of Compliance (Docket Item 66). The Court has reviewed the parties' various filings and, for the reasons expressed in the Opinion of today's date,

IT IS on this **27th** day of **September 2019**, hereby:

**ORDERED** that the Entry of Default on August 28, 2018, is **VACATED** as to Defendants Addiego, Beach, Dougherty, Fulton, Gindele, Gleaner, Grewal, Howarth, Joyce, Long, Luongo, Madden, McCrink, Morelli, Murphy, Peterson, Singley, Trabosh, Viola, Zane, and Zonies; and it is further

**ORDERED** that the Motion to Vacate filed by Defendants Fulton, Grewal, Murphy, and Zane (Docket Item 10) is **GRANTED**; that the Motion for Extension of Time to File Answer filed by Defendants Luongo and Zonies (Docket Item 11) is **GRANTED**; that Plaintiff's Motions for Default Judgment (Docket Items 11 and 45) are **DENIED AS MOOT** as to Defendants Addiego, Beach, Dougherty, Fulton, Gindele, Gleaner, Grewal, Howarth, Joyce, Long, Luongo, Madden, McCrink, Morelli, Murphy, Peterson, Singley, Trabosh, Viola, Zane, and Zonies, and **DENIED WITHOUT PREJUDICE** as to Defendants DeMichele, Gregg, and McFeeley; that the Motion to Vacate/Deny Entry of Default Judgment and to Dismiss filed by Defendant Morelli (Docket Item 24) is **GRANTED**; that the Motion to Dismiss filed by Defendants Dougherty, Gleaner, Joyce, Luongo, McCrink, Peterson,

2

Singley, Trabosh, Viola, and Zonies (Docket Item 29) is **GRANTED**; that Plaintiff's Rule 60 Motions (Docket Items 33 and 37) are **DENIED**; that the Motion for Sanctions filed by Defendants Dougherty, Gleaner, Joyce, Luongo, McCrink, Peterson, Singley, Trabosh, Viola, and Zonies (Docket Item 36) is **GRANTED** with the specific sanction to be determined after consideration of Plaintiff's response to the Court's Order to Show Cause; that the Motion to Dismiss filed by Defendant Long (Docket Item 44) is **GRANTED**; that the Motion to Vacate filed by Defendants Addiego, Beach, Fulton, Grewal, Howarth, Madden, Murphy, and Zane (Docket Item 52) is **GRANTED**; and that Plaintiff's Motion for an Order of Compliance (Docket Item 66) is **DENIED**; and it is further

**ORDERED** that Plaintiff must provide proof of personal service as to Defendants DeMichele, Gregg, and McFeeley prior to filing another Motion for Default Judgment as to them; and it is further

**ORDERED** that, within fourteen days of the date of this Order, Plaintiff show cause in writing as to why he should not be subject to a litigation preclusion order for the reasons expressed in the Opinion of today's date.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge